# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| DIMARCO CONSTRUCTORS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| STAUNTON PLAZA, LLC, | ) |
| Defendant. | ) |
| | |
| STAUNTON PLAZA, LLC, | )   Civil Action No. 5:09-cv-00001 |
| Counterclaim Plaintiff, | ) |
| v. | ) |
| DIMARCO CONSTRUCTORS, LLC, and MARCH, INC., | ) |
| Counterclaim Defendants. | ) |
| | |
| DIMARCO CONSTRUCTORS, LLC, | ) |
| Cross-Claimant, | ) |
| v. | ) |
| MARCH, INC., | ) |
| Cross-Defendant. | ) |
| | |
| MARCH, INC. | ) |
| Third Party Plaintiff, | ) |
| v. | ) |
| FROEHLING & ROBERTSON, INC., | ) |
| Third Party Defendant. | ) |

## MARCH, INC'S MOTION FOR STATUS CONFERENCE

March, Inc. hereby requests that the Court schedule a Status Conference for the purpose of addressing the outstanding signatures needed to complete the settlement.

RESPECTFULLY SUBMITTED,

**MARCH, INC.**

By: _____/s/Terry Lynn_____
      Of Counsel
Terry Lynn (VSB # 39926)
Law Offices of Terry Lynn PLLC
695 Bent Oaks Drive
P.O. Box 374
Earlysville, Virginia  22936
Phone: (434)964-9152
Fax:    (434)964-9275
*Counsel for March, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on this 10th day of November, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    George H. Bowles, Esq.
    Matthew S. Sheldon, Esq.
    Williams Mullen
    222 Central Park Avenue
    Suite 1700
    Virginia Beach, Virginia 23462-3035
    *Counsel for Staunton Plaza, LLC*

    K. Brett Marston, Esq.
    Kevin W. Holt, Esq.
    J. Barrett Lucy, Esq.
    Gentry Locke Rakes & Moore LLP
    800 SunTrust Plaza
    P.O. Box 40013
    Roanoke, Virginia 24022-0013
    *Counsel for DiMarco Constructors, LLC*

    Phillip V. Anderson, Esq.
    Frith Anderson & Peake, P.C.
    29 Franklin Road, S.W.
    P.O. Box 1240
    Roanoke, Virginia 24022-1240
    *Counsel for DiMarco Constructors, LLC*

    Kimberly A. Steele, Esquire
    The Steele Law Firm
    949 County Route 53
    Oswego, NY 13126
    Phone:  (315) 216-4721
    Fax:  (315) 216-6065
    *Counsel for DiMarco Constructors, LLC*

    Stephan Forrest Andrews, Esq.
    Vandeventer Black LLP
    707 East Main Street, Suite 1700
    PO Box 1558
    Richmond, VA  23218-1558
    *Counsel for Froehling & Robertson, Inc.*

/s/ Terry Lynn
Terry Lynn (VSB # 39926)
Law Offices of Terry Lynn PLLC
695 Bent Oaks Drive
P.O. Box 374
Earlysville, Virginia 22936
Phone: (434) 964-9152
Fax:    (434) 964-9275
*Counsel for March, Inc.*

C:\Documents and Settings\Barbara Blair\My Documents\Staunton Plaza, LLC v. March, Inc\Motion for Status Conference.11.10.09.doc